RICHARD MAC BRIDE, SB# 199695
Law Offices Richard Mac Bride
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio, Plaintiff,<br><br>vs,<br><br>Monument Corporation, et al., Defendants. | Case Number 19-7475 HSG<br><br>STIPULATION AND ORDER TO EXTEND TIME UNDER F.R.C.P. 12(f) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

WHEREAS, this case has been assigned for early disclosures and mediation under General Order 56, and the parties to this stipulation want to make best efforts to settle this case without litigation;

WHEREAS, Plaintiff's deadline for filing a motion under FRCP 12(f) to strike insufficient defenses from the answer of defendants Monument Corporation and Nassrin Amiri (together "Defendants")(answer is Docket #8, filed December 13, 2019) is January 3, 2020 (that is, 21 days); and

WHEREAS, Plaintiff and Defendants have tried informally but have not yet been able to resolve their disagreements over the answer of Defendants; however, they wish to avoid the necessity of Plaintiff filing a Rule 12(f) motion unless/until mediation pursuant to General Order No. 56, Paragraph 7 does not succeed;

THEREFORE:

IT IS HEREBY STIPULATED by and among all parties that the deadline for Plaintiff to file any motion to strike under Federal Rule of Civil Procedure 12(f) be extended to 21 days past the date that the mediator certifies that the mediation under General Order 56 has been completed.

It is also stipulated that (1) Plaintiff and Defendants shall meet and confer within seven (7) days after the mediation has been certified as completed; (2) that Defendants shall thereafter be allowed an opportunity to voluntarily amend their answers prior to plaintiff filing any rule 12(f) motion; (3) that any amended answer shall be filed no later than seven (7) days after Plaintiff and Defendants have met and conferred..

Law Offices of Richard A. Mac Bride

Richard Mac Bride /s/ Richard A. Mac Bride Date: December 23, 2019

Attorney for Plaintiff

Law Office of Bruce P. Grego

Bruce P. Grego /s/ Bruce P. Grego Date: December 23, 2019

Attorney for Defendants Monument Corporation and Nassrin Amiri

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on December 23, 2019, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Bruce P. Grego, attorney for Defendants, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED, that with respect to the answer filed by defendants Monument Corporation and Nassrin Amiri (Docket #8) in the case of Castillo-Antonio v. Monument Corporation et al., No. 19-7475 HSG, the deadline for plaintiff to file any motion under Federal Rule of Civil Procedure 12(f) be extended to 21 days past the date that the mediator certifies that mediation under General Order 56 has been completed. Plaintiff and defendants Monument Corporation and Nassrin Amiri shall meet and confer within seven (7) days after the mediation has been certified as being completed. Defendants Monument Corporation and Nassrin Amiri shall thereafter have an opportunity to voluntarily amend their answers prior to plaintiff filing any Rule 12(f) motion with respect to the answers filed by defendants Monument Corporation and Nassrin Amiri. Any amended answer shall be filed no later than seven (7) days after the parties meet and confer.

IT IS SO ORDERED.

Date: 12/26/2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Haywood S. Gilliam Jr.

Judge Haywood S. Gilliam Jr.