RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

         Plaintiff,

Vs.

Monument Corporation, et al.

         Defendants.

Case Number 19-7475 HSG

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

Plaintiff Jose Daniel Castillo-Antonio, and defendants Monument Corporation and Nassrin Amiri, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Bruce Grego), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter with all defendants whereby plaintiff deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, with all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this entire action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
Attorney for Plaintiff Jose Daniel Castillo-Antonio         11/12/2020

Law Offices of Bruce P. Grego – By: Bruce Grego /s/ Bruce P. Grego
Attorney for Monument Corporation and Nissrin Amiri         11/12/2020

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on November 12, 2020, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Bruce P. Grego, attorney for all defendants herein, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

STIPULATION AND ORDER OF DISMISSAL – 19-7475 HSG

-2-

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Castillo-Antonio v. Monument Corporation, et al., Case No. C-19-7475 HSG, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear her/his/its own attorney's fees and costs.

Date: 11/13/2020

Haywood S. Gilliam, Jr.
United States District Judge